OPINION # O-7455 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.